RICHARD F. McGINTY, OSB#86071
Attorney for Plaintiff
P.O. Box 12806
Salem, OR 97309
tel: 503.371.9636
fax: 503.371.2879

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SARA J. WILLIAMS, | Case No. 6:16-cv-00439-JE |
| Plaintiff, | |
| v. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Attorney fees in the amount of $1,709.54 ($8,974.54 less $7,265.09 EAJA Fees previously paid) are hereby awarded to Plaintiff's Attorney pursuant to 42 U.S.C. § 406(b). The Court finds this is a reasonable fee. The agency is directed to send to Plaintiff's attorney, at his current address shown above, the § 406(b) fee check. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 27th day of February, 2018.

/s/ John Jelderks
United States Magistrate Judge

ORDER APPROVING § 406B ATTORNEY FEES                6:16-CV-00439-JE
McGinty & Belcher, Attorneys
P.O. Box 12806
Salem, OR 97309-0806
(503) 371-9636

Page 1